# Exhibit A

http://www.vividlifesci.expert/partnerships/ Go OCT NOV DEC
5 captures 07
7 Nov 2015 – 26 Apr 2017 2014 2015 2017 About this capture

VIVID LIFE SCIENCES

ABOUT US PRODUCTS PARTNERSHIPS NEWS CONTACT US



## Global Network and Partnerships

Vivid Life Sciences provides expertise and training needed for distribution partners to successfully adapt new technologies in plant physiology. In order to ensure product performance, we have contracted with researchers across the United States. With our alliance through Agrichem Australia and others, we're selecting only the best products in seed treatment, advanced biologicals and enhanced nutrition to improve plant performance.

agrichem

Vivid Life Sciences continues to leverage the expertise and current technology from their sister company, Agrichem Australia. Since 1986, Agrichem has offered an extensive range of specialty liquid fertilizers, soluble solids, plant health formulas and adjuvants for growers domestically and internationally. With the development of these products, Agrichem has secured exclusive licensing deals to manufacture numerous IP-protected products that help ensure the success of crop performance, plant protection, nutrient application and customized services.

© 2015 Vivid Life Sciences.

(emphasis added)