**EXHIBIT B**

# NON-DISCLOSURE AGREEMENT

**BETWEEN:** Bioagro S.A., Rut 96.576.210-8, represented by its General Manager Paul Abogabir S., both addressed at Camino Loreto s/n, Calera de tango, Santiago, Chile on its own behalf and on behalf of AgNubio, Inc.,Federal ID. 47-3685127 addressed at 11125 N. Ambassador Drive, Suite 120, Kansas City, MO 64153, USA

**AND:** **Liquid Fertiliser Pty Ltd**, ACN 105 456 148 as trustee of, 2 Hovey Road, Yatala, Queensland, 4207, Australia (in this agreement called "**Agrichem**"), on its own behalf of all associated and related companies and trusts.

(in this agreement called "**THE RECIPIENT**")

**RECITALS:**

(a) **Bioagro S.A** possesses certain Confidential Information that is of significant commercial value to **Bioagro S.A**.

(b) Through association with **Bioagro S.A**, **THE RECIPIENT** has or is likely to become acquainted with the Confidential Information.

(c) **Bioagro S.A** will be prejudiced by any unauthorised disclosure or use of the Confidential Information, and will suffer financial loss as a result of unauthorised disclosure or use of the Confidential Information.

(d) In consideration of **Bioagro S.A** agreeing of provide **THE RECIPIENT** with access to the Confidential Information, **THE RECIPIENT** has agreed to restrain itself in the use of the Confidential Information in the terms set out in this agreement.

(e) **THE RECIPIENT** acknowledges that he/she is bound by the same terms set out in this agreement for any non-disclosure of confidentiality agreement(s) that **Bioagro S.A** has executed with third parties.

**THIS AGREEMENT PROVIDES:**

1.0 **Bioagro S.A** may at any time revoke, restrict or prohibit **THE RECIPIENT'S** access to some or all of the Confidential Information.

1.1 **"Confidential Information"** for the purposes of this agreement means all information, documentation, materials, ideas, trade secrets, concepts, know-how, dealings, formulations, manufacturing techniques and processes, sales and marketing information, pricing and costings, trials, research and development data, systems and technical, commercial, financial or legal information relating to **Bioagro S.A** or to **Bioagro S.A** businesses or technology, and all information necessary for the normal operations and profitability of **Bioagro S.A** or **Bioagro S.A's** businesses (whether or not this information was created by **Bioagro S.A.**, or came from a third party), that is revealed or disclosed to **THE RECIPIENT** (whether electronically, orally, in writing or in any other form or media), and includes, without limitation, information pertaining to agrochemical, as well as chemical, pharmaceutical or biological materials (including samples ) together with all relative market research data.

1.2 Any Confidential Information disclosed, revealed or otherwise known by **THE RECIPIENT**, whether before or after the date of this agreement, must be kept strictly confidential and is proprietary to **Bioagro S.A** (or to any other party, if **Bioagro S.A** is not also the owner of the Confidential Information), and must not be disclosed except to such other employees, agents, consultants, contractors or representatives of **Bioagro S.A**, who are directly involved in projects, or day to day operations necessitating such disclosures, and then only to the extent reasonably required in the circumstances or as otherwise directed by **Bioagro S.A. THE RECIPIENT** must use its best endeavours to ensure that its employees, agents, consultants, contractors and representatives observe the confidentiality obligations imposed on **THE RECIPIENT** pursuant to this agreement, and must indemnify **Bioagro S.A** for any losses, costs or expenses it suffers as a result of the breach of the terms of this Agreement by **THE RECIPIENT** or any of the employees, agents, consultants, contractors or representatives of **THE RECIPIENT**. If requested by **Bioagro S.A.** , **THE RECIPIENT** must procure all of its employees, agents, consultants, contractors or representatives who may receive or who may have access to the Confidential Information to sign a non-disclosure agreement in the form approved by **Bioagro S.A.**

1.3 **THE RECIPIENT'S** obligations of confidentiality will not apply to Confidential Information which **THE RECIPIENT** can demonstrate:-

(a) was already in their possession at the time of disclosure, other than by reason of a breach of confidentiality obligations by a third party;

(b) was in the public domain in Chile at time of disclosure ;

(c) entered the public domain in Chile after disclosure, by publication or in any other manner, except by breach of this agreement by **THE RECIPIENT**, or its employees, consultants, agents, or other representatives having knowledge of the Confidential Information; or

(d) the information is required to be disclosed by the operation of any law.

1.4 **THE RECIPIENT** must not use Confidential Information for any purpose other than in performing their obligations or duties to **Bioagro S.A.** without first obtaining prior written consent.

1.5 The Recipient will;

(a) restrict its use of the samples to the purpose of this Agreement; and

(b) will not analyse for chemical composition any samples submitted under code numbers, and will not permit any other use of the same without the prior written consent of **Bioagro S.A.**

No other right or license to use the Confidential Information or any technology or intellectual property of **Bioagro S.A.** is granted, by implication or otherwise.

**INFRINGEMENT OF CONFIDENTIALITY:**

2.0 If **THE RECIPIENT** learns or believes that:

(a) any unauthorised person has come into possession of any part of the Confidential Information; or

(b) any unauthorised person is doing anything in contravention of rights that attach to or arise from the Confidential Information;

**THE RECIPIENT** must immediately report full particulars to **Bioagro S.A**, and must provide to **Bioagro S.A.** all reasonable assistance and information it may request, with respect to that information.

**TERM:**

3.0 **THE RECIPIENT** acknowledges that the confidential nature of the Confidential Information will subsist for an indefinite period of time and that their obligations under this agreement are continuing. The passage of any particular period of time will not extinguish the need to maintain the secrecy of the Confidential Information.

**RETURN OF CONFIDENTIAL INFORMATION:**

4.0 **Bioagro S.A.** may at any time, by notice in writing, require **THE RECIPIENT** to return to it the Confidential Information.

4.1 Within seven (7) days of receipt of a notice pursuant to Clause 5.0, **THE RECIPIENT** must deliver to **Bioagro S.A** all copies of all Confidential Information (including all records and materials containing or embodying the Confidential Information) in its possession or control.

4.2 Any part of the Confidential Information which cannot be returned by **THE RECIPIENT** to **Bioagro S.A.** must be completely destroyed in the manner and at the time directed by **Bioagro S.A.**, including by deletion from all computer records and electronic, digital or magnetic storage devices.

4.3 Return or destruction of Confidential Information in accordance with this clause will not release **THE RECIPIENT** from its other obligations under this agreement.

**INTELLECTUAL PROPERTY**

5.0 **THE RECIPIENT** acknowledges that all intellectual property, industrial property and proprietary rights (of any kind throughout the world, whether registered or unregistered and whether existing now or in the future) in or relating to the Confidential Information, including improvements, additions or creations made by **THE RECIPIENT**, will vest in and belong to **Bioagro S.A.** absolutely. **THE RECIPIENT** will have no right, claim or interest in any registered or unregistered intellectual property owned by **Bioagro S.A.**

5.1 **THE RECIPIENT** consents to the infringement of any moral rights that **THE RECIPIENT** may have now or in the future under the Copyright Act 1968 (Cth) or any other laws, in respect of any and all works produced by **THE RECIPIENT** for **Bioagro S.A.** , or in conjunction with **Bioagro S.A.** , by:

(a) not attributing authorship to **THE RECIPIENT**; or

(b) altering or modifying the works.

**REMEDIES**

6.0 **THE RECIPIENT** acknowledges and accepts that **Bioagro S.A.**will suffer financial and other loss and damage if the Confidential Information is disclosed or used otherwise than in accordance with this agreement, and that monetary damages will be an insufficient remedy. **THE RECIPIENT** acknowledges and accepts that in addition to any other remedy that may be available, **Bioagro S.A.** is entitled to injunctive relief to prevent a breach of this agreement and to compel specific performance of any of its terms.

**APPLICABLE LAW**

7.0 This agreement will be governed by the laws of Queensland, Australia. The parties submit to the jurisdiction of the courts of Queensland, Australia.

---

**SIGNATURES OF PARTIES**

**Signed on behalf of LIQUID FERTILISER PTY LTD:**

Signature: [signature] Date: 27th September 2016

Name: **Mike Dobbins**
Director

**Signed on behalf of THE RECIPIENT:**

Signature: [signature] Date: September 22, 2016

Name: **Paul Abogabir**
General Manager